FILED
CLERK U S DISTRICT COURT

JUN 17 2011

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA FALCONE,<br><br>              Plaintiff,<br><br>   vs.<br><br>HOUSTON FUNDING, II, Ltd.,<br><br>              Defendant. | Case No. 2:11-CV-02512-GHK-SS<br><br>[PROPOSED] ORDER REGARDING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

    Having considered the parties' Stipulation Re Dismissal, the above entitled Action is hereby dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party to bear its own costs and expenses.

IT IS SO ORDERED

DATED: 6/17/11

_____
UNITED STATES DISTRICT JUDGE